# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5174**  September Term, 2024

1:21-cv-02907-RJL

Filed On: May 21, 2025 [2116714]

Mustafa Bin-Ahmad Al-Hawsawi, Detainee,

    Appellant

  v.

Donald J. Trump, et al.,

    Appellees

## O R D E R

The notice of appeal was filed on May 16, 2025, and docketed in this court on May 20, 2025. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 20, 2025 |
| Docketing Statement Form | June 20, 2025 |
| Entry of Appearance Form (Attorneys Only) | June 20, 2025 |
| Procedural Motions, if any | June 20, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 20, 2025 |
| Statement of Issues to be Raised | June 20, 2025 |
| Transcript Status Report | June 20, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | June 20, 2025 |
| Dispositive Motions, if any | July 7, 2025 |

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellees or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5174**                                                September Term, 2024

It is

    **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 20, 2025 |
| Entry of Appearance Form (Attorneys Only) | June 20, 2025 |
| Procedural Motions, if any | June 20, 2025 |
| Dispositive Motions, if any | July 7, 2025 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                      BY:    /s/
                                Erica M. Thorner
                                Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

Attachments for Pro Se Parties Only:
    [Civil Docketing Statement Form](#)
    [Entry of Appearance Form](#)
    [Transcript Status Report Form](#)
    [Memorandum Concerning Self-Representation](#)