# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5174**  September Term, 2024

1:21-cv-02907-RJL

Filed On: June 3, 2025 [2118911]

Mustafa Ahmed Al Hawsawi, Detainee,

    Appellant

  v.

Donald J. Trump, et al.,

    Appellees

## O R D E R

Upon consideration of the joint motion to stay proceedings, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case within 30 days of this court's disposition of No. 25-1009, <u>In re United States of America</u> (argued Jan. 28, 2025).

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

                BY:   /s/
                        Catherine J. Lavender
                        Deputy Clerk