# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5174**  September Term, 2025

1:21-cv-02907-RJL

Filed On: January 28, 2026 [2156420]

Mustafa Ahmed Al Hawsawi, Detainee,

    Appellant

  v.

Donald J. Trump, et al.,

    Appellees

## O R D E R

Upon consideration of the joint motion to continue stay of proceedings, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings within 15 days of the Supreme Court's disposition of any petition for writ of certiorari to review this court's decision in No. 25-1009, In re United States of America (decided July 11, 2025), or within 15 days of the deadline for filing such petition if none is filed.

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                        BY:    /s/
                                   Katy M. Bartelma
                                   Deputy Clerk