# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5174** **September Term, 2026**

**1:21-cv-02907-RJL**

**Filed On: November 20, 2026** [2204495]

Mustafa Ahmed Al Hawsawi, Detainee,

Appellant

v.

Donald J. Trump, et al.,

Appellees

**O R D E R**

Upon consideration of the joint motion to lift the stay and for a scheduling order, it is

**ORDERED** that the motion be granted and that this case be returned to the court's active docket. The following schedule will now apply in this case:

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | December 3, 2026 |
| Docketing Statement Form | December 3, 2026 |
| Statement of Issues to be Raised | December 3, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | December 3, 2026 |
| Entry of Appearance | December 3, 2026 |
| Dispositive Motions, if any | December 17, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Katy M. Bartelma
Deputy Clerk